

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00675-CV

**IN RE** Sarah Friend **NEUTZE**

Original Mandamus Proceeding[1]

**ORDER**

On October 3, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 16, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016 CV2 002017, styled *In re: Farmers Insurance Company Wind Hail Storm Litigation 2*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.